| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-4<br>Case 24-40040<br>Eastern District of Texas<br>Sherman<br>Mon Apr 29 10:57:34 CDT 2024 | Allied Interstate<br>PO Box 19326<br>Minneapolis, MN 55419-0326 | Carey D. Ebert<br>P. O. Box 941166<br>Plano, TX 75094-1166 |
| Fig Loans<br>Attn: Bankruptcy 2245 Texas Dr<br>Sugar Land, TX 77479-1275 | (p)GRAHAM LEGAL  PLLC<br>8501 WADE BLVD<br>STE 340<br>FRISCO TX 75034-6265 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Lauren Elizabeth Moss<br>8420 Old Hickory Lane<br>Mckinney, TX 75072-3061 | North Texas Tollway Authority<br>PO Box 660244<br>Dallas, TX 75266-0244 | Possible Finance<br>8214 Westchester Dr<br>Dallas, TX 75225-6100 |
| (p)PROCOLLECT INC<br>12170 ABRAMS RD SUITE 100<br>DALLAS TX 75243-4579 | Rent Recovery Solution LLC<br>Attn: Bankruptcy Attn: Bankruptcy<br>1945 The Exchange SE , Ste 120<br>Atlanta, GA 30339-2062 | S&s Recovery<br>2814 Stage Center Dr<br>Bartlett, TN 38134-4677 |
| Toyota Financial Services<br>5005 N. River Blvd. NE<br>Cedar Rapids, IA 52411-6634 | Toyota Motor Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 | U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 |
| US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | United States Attorney's Office<br>110 North College Avenue 700<br>Tyler, TX 75702-7237 | United States Trustee's Office<br>110 North College Avenue 300<br>Tyler, TX 75702-7231 |
| Willow Bridge Property Management<br>10210 N. Central Expressway Ste. 500<br>Dallas, TX 75231-3424 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Nathanael Steven Graham<br>Graham Legal, PLLC<br>8501 Wade Blvd.<br>Ste. 340<br>Frisco, TX 75034 | (d)Graham Legal, PLLC<br>8501 Wade Blvd Ste 340<br>Frisco, TX 75034-6265 | Pro Collect, Inc<br>Attn: Bankruptcy Attn: Bankruptcy<br>12170 N Abrams Road , Ste 100<br>Dallas, TX 75243 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Carey D. Ebert
P. O. Box 941166
Plano, TX 75094-1166

End of Label Matrix
Mailable recipients    18
Bypassed recipients     1
Total                  19